UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DWANDA HOLDZCLAW, <br> Mother and Next Friend of A.H., a minor, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, <br> A municipal corporation, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 07-0890 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **DEFENDANTS' ANSWER TO THE COMPLAINT**

The Defendants, by counsel, here answer the Plaintiffs' Complaint as follows (paragraph numbers below correspond to the paragraph numbers in the Complaint):

## **JURISDICTION**

1. The Defendants admit the allegations in paragraph 1.

2. The Defendants admit the allegations in paragraph 2.

3. The Defendants admit the allegations in paragraph 3.

## **PARTIES**

4. The Defendants admit the allegations in paragraph 4.

5. The Defendants admit the allegations in paragraph 5.

6. The Defendants admit the allegations in paragraph 6.

7. The Defendants admit the allegations in paragraph 7, but note that as of June 12, 2007, Clifford Janey is no longer the Superintendent of the District of Columbia Public Schools.

## FACTUAL BACKGROUND

8. The Defendants admit the allegations in paragraph 8.

9. The Defendants admit the allegations in paragraph 9.

10. The Defendants admit the allegations in paragraph 10.

11. The Defendants admit the allegations in paragraph 11.

12. The Defendants admit the allegations in paragraph 12.

13. The Defendants admit the allegations in paragraph 13.

14. The Defendants admit that the Plaintiff contacted the Taft Center following the October 27, 2006, placement meeting.

15. The Defendants admit the allegations in paragraph 15.

16. The Defendants admit the allegations in paragraph 16.

17. The Defendants admit the allegations in paragraph 17.

## COUNT I

18. The allegations in paragraph 18 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

19. The allegations in paragraph 19 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

20. The allegations in paragraph 20 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

21. The allegations in paragraph 21 are the pleader's characterizations of a document to which no response is required; the document speaks for itself. If a response is required, then the same are denied.

22. The allegations in paragraph 22 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

23. The allegations in paragraph 23 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

24. The allegations in paragraph 24 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

25. The allegations in paragraph 25 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same allegations are denied.

**BY WAY OF FURTHER ANSWER**, the Defendants deny all allegations of wrongdoing not otherwise responded to or admitted.

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Complaint alleges violations outside of applicable limitations periods.

## **THIRD AFFIRMATIVE DEFENSE**

The Hearing Officer's Decision is supported by substantial evidence in the administrative record and should be affirmed.

## **FOURTH AFFIRMATIVE DEFENSE**

The Plaintiffs did not exhaust their administrative remedies.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
June 13, 2007    E-mail: Eden.Miller@dc.gov