**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **DWANDA HOLDZCLAW,** | ) | |
| **parent and next friend of A.H., a minor** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **Civil Action No.: 07-00890(ESH)** |
| **v.** | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**JOINT RULE 16.3 REPORT**

COME NOW the parties, numerous Plaintiffs and Defendant District of Columbia, by their respective counsel and pursuant to Local Rule 16, file the Joint 16.3 Report. The counsel for the parties conferred via e-mail and consistent with the said conferences, the parties respectfully submit the following:

**I.    Statement of the case**

Plaintiffs are seeking to reverse a February 2007 Hearing Officer's Determination that determined that Taft Educational Center was an appropriate placement for A.H.  The Defendants believe that the decision should be upheld. The statutory basis for the claims and defenses in this suit is the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §§ 1400 *et seq*.

**II.    Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1.    Based on the information available, the parties believe that this case can be decided by dispositive motion.

2.    The parties do not anticipate the need for joining parties or amending the

1

pleadings. At this time, the parties do not believe that the factual and legal issues can be agreed upon or narrowed.

3. The parties do not believe that this matter should be assigned to a magistrate judge.

4. The parties will discuss settlement, but do not believe that a settlement is possible at this time.

5. The parties do not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

    a. The Defendant will provide the administrative record by August 1, 2007.

    b. The Plaintiff will file its Motion for Summary Judgment on or before September 30, 2007.

    c. The Defendant will file their Cross Motion for Summary Judgment and its Opposition on or before October 30, 2007.

    d. The Plaintiffs will file their Opposition and Reply on or before November 15 , 2007.

    e. Defendants will file their Reply on or before November 30, 2007.

7. The parties believe that they are exempt from the requirements of Rule 26(a)(1) because this case is an action for review on an administrative record.

8. The parties do not believe that discovery will be necessary.

9. The parties do not believe that there will be a need for expert witnesses.

2

10.     The instant case is not a class action.

11.     There is no need to bifurcate discovery or trial.

12.     There is no need for a pretrial conference at this time.

13.     At this point, there is no need to set a trial date.

14.     The parties are not aware of any other matters that require inclusion in a scheduling order.

Dated this 28th day of June 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
441 Fourth Street, N.W., Sixth Floor South
(202)724-6614
(202)727-3625(fax)
E-mail:Eden.Miller@dc.gov
Attorneys for Defendants
_____/s/_____
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
**Attorneys for Plaintiffs**

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DWANDA HOLDZCLAW,**<br>**parent and next friend of A.H., a minor**<br><br>**Plaintiffs**<br><br> **v.**<br><br>**DISTRICT OF COLUMBIA, *et al.*,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)  **Civil Action No.: 07-00890(ESH)**<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

This Court, having considered the requests of the Parties, issues the following Order.  It is hereby

ORDERED that the Parties shall comply with the following directives:

1.      The Defendant will provide the administrative record by August 1, 2007.

2.      The Plaintiffs will file their Motion for Summary Judgment on or before September 1, 2007.

3.      The Defendants will file their Cross Motion for Summary Judgment and their Opposition on or before October 1, 2007.

4.      The Plaintiffs will file their Opposition and Reply on or before November 15, 2007.

5.      The Defendants will file their Reply on or before November 30, 2007.

SO ORDERED.

_____
United States District Judge

4