## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DWANDA HOLDZCLAW,                          )
Mother and Next Friend of A.H., a minor,   )
                                           )
    Plaintiff,                         )
                                           )
        v.                         )    Civil Action No. 07-0890 (ESH)
                                           )
DISTRICT OF COLUMBIA,                      )
A municipal corporation, *et al.,*         )
                                           )
    Defendants.                        )
                                           )

## DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE BOTH THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND THEIR MOTION FOR SUMMARY JUDGMENT

The Defendants, through counsel, respectfully move this Court for an enlargement of time from October 1, 2007, to October 15, 2007, to file their opposition to the Plaintiff's motion for summary judgment, and their cross-motion for summary judgment.[1] The Defendants also request that all subsequent deadlines be enlarged in the current June 29, 2007, Scheduling Order, as well. A proposed scheduling order is attached hereto. As grounds for this request the Defendants represent as follows:

1. In the past two weeks, the undersigned counsel has had to handle unexpected demands in her case load, including responding to an emergency hearing in federal court and a request for documents in another matter also in federal court.

2. On September 25, 2007, Plaintiff's counsel consented to this enlargement, pursuant to LCvR 7.1 (m).

3. The Plaintiff will not be prejudiced by the granting of this motion.

---

[1] The undersigned counsel apologizes to this Court for filing this request enlargement just two business days before the Defendant's deadline rather than the three days indicated in this Court's Initial Order, but requests that this consent motion be granted in light of the undersigned counsel's unexpected duties.

## <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

1. Rule 6(b)(1), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

Respectfully submitted,

LINDA SINGER
Acting Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

**/s/ Edward P. Taptich**
EDWARD P. TAPTICH
Chief, Equity Section 2
Bar Number 012914

**/s/ Eden I. Miller**
EDEN I. MILLER
Assistant Attorney General
Bar Number 483802
Sixth Floor South
441 Fourth Street, N.W.
Washington, D.C. 20001
(202) 724-6614
(202) 727-3625 (fax)
September 26, 2007    E-mail: Eden.Miller@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DWANDA HOLDZCLAW, ) | |
| Mother and Next Friend of A.H., a minor, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0890 (ESH) |
| ) | |
| DISTRICT OF COLUMBIA, ) | |
| A municipal corporation, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

Upon consideration of the Defendants' Consent Motion for Enlargement of Time

and the record herein, it is, on this _____ day of September, 2007, hereby:

**ORDERED** that the Defendants' Motion is **GRANTED**; and it is

**FURTHER ORDERED,** that the current scheduling order shall be enlarged to

include the following deadlines:

- the Defendants will file their cross-motion for summary judgment and their opposition on or before October 15, 2007;

- the Plaintiffs will file their opposition and their reply on or before November 15, 2007; and

- the Defendants will file their reply on or before November 30, 2007.


United States District Judge Ellen S. Huvelle