UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DWANDA HOLDZCLAW,**
parent and next friend of A.H., a minor

    **Plaintiffs,**

    v.

**DISTRICT OF COLUMBIA,** *et al.*,

    **Defendants.**

Civil Action No. 07-00890 (ESH)

## ORDER

This matter is before the Court on the parties' cross-motions for summary judgment. For the reasons stated in the Memorandum Opinion that accompanies this Order, it is hereby **ORDERED** that [9] plaintiffs' motion for summary judgment is **DENIED**; [11] defendants' cross motion for summary judgment is **GRANTED**; and the above-captioned case is **DISMISSED WITH PREJUDICE**.

                                               /s/
                                     ELLEN SEGAL HUVELLE
                                     United States District Judge

Date: December 5, 2007